UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT R. COLVIN,

    Plaintiff,

v.                        CASE NO.   8:05-CV-1633-T-17EAJ

BRANHAM CONSTRUCTION,
INC., etc., et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 16   Motion to Tax Attorney's Fees and Expenses
Dkt. 17.  Declaration
Dkt. 18   Response
Dkt. 19   Notice of Supplemental Authority

Plaintiff seeks the award of attorney's fees in the amount of $5,475. for attorney's fees and $325.00 for litigation expenses in this Fair Labor Standards case.

Defendants object to the amount of fees, and argue that Defendants' agreement was to pay reasonable attorney's fees and costs up until the Offer of Judgment, rather than as a prevailing party. Defendants argue that the attorney's fees sought are not reasonable because the number of hours is supported only by the Declaration of Matthew Fenton. Defendants also argue that Plaintiff has not provided satisfactory evidence that the requested rate is in line with market rates. Defendants also argue that the actions of Plaintiff's counsel in not revealing the amount of attorney's fees sought as of October 20 made it difficult for Defendants to fashion an Offer of Judgment

Case No. 8:05-CV-1633-T-17EAJ

incorporating the fees.

After consideration, the Court finds that the hourly rate of $250.00 is reasonable, and Plaintiff agreed to accept the award of attorney's fees and costs up until the date of the Offer of Judgment. Therefore, the appropriate award of attorney's fees and costs is $3,252.00. Accordingly, it is

ORDERED that the Motion to Tax Attorney's Fees and Costs in the amount of $3,252.00 is **granted**. The Clerk of Court shall enter judgment in that amount for Plaintiff, for which sum let execution issue.

DONE and ORDERED in Chambers, in Tampa, Florida on this 30th day of MAY, 2006.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2